THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HUBBARD, Appellant. [951 NYS2d 909]—

Ordered that new counsel shall serve and file a brief on behalf of the appellant within 90 days of the date of this decision and order on motion, and the People shall serve and file their brief within 30 days after the brief on behalf of the appellant is served and filed. By prior decision and order on motion of this Court dated May 9, 2011, the appellant was granted leave to prosecute the appeal as a poor person, with the appeal to be heard on the original papers, including a certified transcript of the proceedings, and on the briefs of the parties, who were directed to file nine copies of their respective briefs and to serve one copy on each other.

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not necessarily limited to, whether the County Court properly imposed restitution where the plea minutes do not indicate that a plea of guilty was negotiated with terms that included restitution as a component of the sentence (*see People v Gibson*, 88 AD3d 1012 [2011]; *People v Ortega*, 61 AD3d 705, 706 [2009]; *People v Kegel*, 55 AD3d 625 [2008]; *People v Henderson*, 44 AD3d 873, 874 [2007]). Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638-639 [2001]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.